UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS SUMBA,　　　　　　　　　　　　　　　　　　Docket No. 21-cv-04024

　　　　　　　　　　Plaintiff,

　　　-against-　　　　　　　　　　　　　　　　　　**STIPULATION**

NKN CONSTRUCTION, INC., and
MUHAMMAD NAWAZ,

　　　　　　　　　　Defendants.
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel in the above entitled action that Defendants NKN CONSTRUCTION, INC. and MUHAMMAD NAWAZ's time to answer or otherwise respond to the Complaint in the above-captioned matter is adjourned until October 5, 2021.

　　　Defendants NKN CONSTRUCTION, INC. and MUHAMMAD NAWAZ's hereby waive their right to assert inadequate service of process as an affirmative defense.

　　　This stipulation may be signed by counsel and delivered to other counsel by facsimile and may be filed with the Court as such.

Dated:　Garden City, New York
　　　　August 16, 2021

| | |
|---|---|
| Michael DiGiulio, Esq. | David S. Feather, Esq. |
| JOSEPH & KIRSCHENBAUM LLP | FEATHER LAW FIRM, P.C. |
| Attorneys for Plaintiff | Attorneys Defendants |
| 32 Broadway, Suite 601 | 666 Old Country Road - Suite 605 |
| New York, New York 10004 | Garden City, New York 11530 |
| (212) 688-5640 | (516) 745-9000 |